# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 6, 2022

## NO. 03-21-00671-CV

**Michael Motheral in his Official Capacity as Chair of the University Interscholastic League's State Executive Committee; Johanna Denson in her Official Capacity as Vice Chair of the UIL SEC; Paul Galvan in his Official Capacity as a member of the UIL SEC; and Daryl Wade in his Official Capacity as a member of the UIL SEC, Appellants**

**v.**

**Jennifer Black, individually, and A.B., a minor, by and through his guardian, Jennifer Black, Appellees**

---

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA**
**AFFIRMED IN PART; REVERSED AND RENDERED IN PART –**
**OPINION BY JUSTICE BAKER**
**CONCURRING AND DISSENTING OPINION BY JUSTICE GOODWIN**

---

This is an appeal from the interlocutory order signed by the trial court on December 20, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the portion of the trial court's order granting a temporary injunction and denying the plea to the jurisdiction regarding appellees' due-course-of-law claim. Therefore, the Court affirms the portion of the trial court's order granting the temporary injunction and denying the plea to the jurisdiction regarding appellees' due-course-of-law claim. The Court further holds that there was reversible error in the remaining portions of the order denying the plea to

the jurisdiction.  Therefore the Court reverses the remaining portions of the trial court's order denying the plea to the jurisdiction, and renders judgment dismissing for want of jurisdiction appellees' equal-protection claim, free-speech claim, and request for declaratory relief regarding University Interscholastic League Rule 443.  Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.